IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUREFOX NORTH AMERICA INC. AND XENTURE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 25-106-JLH-LDH |
| v. | ) ) ) | |
| SCIATH SECURITY MANAGEMENT GROUP, LLC AND SCIATH SECURITY, LLC, | ) ) ) ) | |
| Defendants. | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 25th day of February, 2026:

WHEREAS, on May 2, 2025, Defendant Sciath Security Management Group, LLC ("SSMG") filed its Motion to Compel Arbitration or, in the Alternative, Motion to Dismiss Plaintiffs' First Amended Complaint (D.I. 34);

WHEREAS, on May 2, 2025, Defendant Sciath Security, LLC ("Sciath Security") filed its Motion to Dismiss Plaintiffs' First Amended Complaint (D.I. 31);

WHEREAS, on February 4, 2026, the parties stipulated to the dismissal of the claims against Sciath Security (D.I. 52);

WHEREAS, on February 9, 2026, Magistrate Judge Laura D. Hatcher issued a Report and Recommendation ("R&R") (D.I. 53) in this action recommending that: (1) the Court deny SSMG's motion to compel arbitration without prejudice to renew after limited discovery; (2) the parties engage in discovery limited to the issue of whether Surefox's claims are arbitrable; (3) the parties meet and confer and, on or before April 1, 2026, submit a stipulation to the Court setting forth the deadlines for the completion of the limited discovery, and if sought by SSMG, for the filing of a

motion for summary judgment on the question of arbitrability; (4) the Court deny SSMG's alternative motion to dismiss without prejudice to renew after any arbitrability issue is resolved; and (5) the Court deny Sciath Security's motion to dismiss as moot; and

WHEREAS, no party filed objections pursuant to Federal Rule of Civil Procedure 72(b)(2) in the prescribed period, and the Court finds no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that the R&R (D.I. 53) is ADOPTED. SSMG's Motion to Compel Arbitration or, in the Alternative, Motion to Dismiss Plaintiffs' First Amended Complaint (D.I. 34) is DENIED; and Sciath Security's Motion to Dismiss Plaintiffs' First Amended Complaint (D.I. 31) is DENIED.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE